United States District Court
Western District of New York

Demeris Tolbert
    Plaintiff

                                        19-CV-1691

v.

CO Dusza et al
    Defendants

Motion/letter to the court to request urgent assistance from the court because of "Recent Events" (By correctional staff), which leads plaintiff to believe that his and/or staff's safety maybe in "Dire Danger" (if) the court doesn't intervene.

(1.) On June 24, 2024 on the exact date that plaintiff was scheduled to (take deposition) with the attorney at mid-state cf

(2.) Plaintiff is requesting A(Hearings) on His future placement within the Department of Correction

Also someone in Albany Has been manipulating my SHu Time sanction IN which I can prove(it) to the court!

Respectfully,

Demetrius to IBERT
0(A2883

135 state street
Auburn, NY 13024-9000
Demetris Tolbert 21a2883

19-W-1691 Attn, Honorable Jeremiah J. Mc-Carthy
United States District Court
6 Niagara Square
Buffalo, NY 14202-3350