United States District Court
Western District of New York

UNITED STATES DISTRICT COURT
FILED
JUL 2 2 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Demeris Tolbert
    Plaintiff

19 - CV - 1691

V.

CO Dusza Et Al
    Defendants

(1) Motion Letter to Request
A Re Desposition Hearing with the
Attorney General's office Because
the first Desporetion Hearing was
Held at Auburn C.F with only July 15. 2024
two (2) Correctional officers
Present In the Hearing Room
which violates plaintiff's
Rights to "privacy."

(2) Therefore plaintiff is
Requesting a Re Desposition
Hearing without any
Correctional officers
Present and with the
Door close as well.

(3) Talk this plaintiff would like to
Talk to the Atty. Gen and Judge
former Jeremiah about plaintiffs
future placement with the Dept. of
Corrections             Respectfully.
(off the record) !!

0192883

④

Plaintiff Did Have a fruitful conversation with Asst Atty. Gen. Mr. Joel Terragnoli

And in no way Do plaintiff Believes that Mr. Terragnoli was (Aware) that (2) correctional officers were also present for the "Entire" (Duration) During off of the (Deposition Hearing) And the Door was Also opened And I Don't think that the CO's were or Did Anything "Wrong". But still, I couldn't Answer All of the questions Asked By the Asst. Atty Gen. while correctional officers Are "present."

0192883

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Demeant Tolbert   DIN: 01A2883

19 - cv - 1691

AUBURN CORRECTIONAL FACILITY

AUBURN CORRECTIONAL FACILITY

SHU

US POSTAGE PITNEY BOWES

ZIP 13021 $ 000.69
02 1W
0001387039 JUL 17 2024

USDC - WDNY

JUL 22 2024

BUFFALO

AUBURN CORRECTIONAL FACILITY

Attn: Clerk

Honorable Jeremiah J. McCarthy
United States District Court
2 Niagara Square